IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD FOWLER,

      Petitioner,                No. CIV S-06-2230 DFL KJM P

   vs.

DARYL ADAMS,

      Respondents.           ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

      Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

      Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

/////

/////

1   In accordance with the above, IT IS HEREBY ORDERED that:

2   1. Petitioner's application to proceed in forma pauperis is granted;

3   2. Respondents are directed to file a response to petitioner's habeas petition
4   within sixty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An
5   answer shall be accompanied by all transcripts and other documents relevant to the issues
6   presented in the petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

7   3. If the response to the habeas petition is an answer, petitioner's reply, if any,
8   shall be filed and served within thirty days after service of the answer;

9   4. If the response to the habeas petition is a motion, petitioner's opposition or
10  statement of non-opposition to the motion shall be filed and served within thirty days after
11  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
12  thereafter;

13  5. The Clerk of the Court shall serve a copy of this order together with a copy of
14  the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,
15  Senior Assistant Attorney General; and

16  6. Petitioner's November 29, 2006 request for an extension of time in which to
17  file his application to proceed in forma pauperis is denied as moot; the request filed November
18  29, 2006 is deemed timely.

19  DATED: February 28, 2007.

_____
U.S. MAGISTRATE JUDGE

2
fowl2230.100