1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


RICHARD WILLIAM FOWLER,                     2:06-cv-02230-RCT

        Petitioner,

   v.

D. ADAMS, et al.,

        Respondents.

_____/        __JUDGMENT__


    Today this Court issued its Memorandum Decision and Order disposing of this case in its entirety.  Accordingly, judgment is hereby entered in favor of Respondents, Petitioner shall take nothing, and the case is dismissed with prejudice.

    DATED this 3rd day of November, 2009.


                      /s/ Richard C. Tallman
                      UNITED STATES CIRCUIT JUDGE
                      Sitting by designation